# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3038
_____

CANTRELL L. DENKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

February 15, 2019


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cantrell L. Denkins, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.